# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2021

Bridget M. McCormack,
Chief Justice

161529(24)(25)(27)(28)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 161529
COA: 352569
Wayne CC: 02-000893-FC

JOHN ANTONIO POOLE,
        Defendant-Appellant.
_____/

On order of the Chief Justice, the separate motions of Robert Earl Hawkins and James Moses to file briefs amicus curiae and to waive the filing fees are GRANTED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2021

Clerk